Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 915

James HYDE v. STATE.

8 Div. 827.

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 915

James HYDE v. STATE.

8 Div. 828.

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 915

James HYDE v. STATE.

8 Div. 833.

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 915

James HYDE v. STATE.

8 Div. 834.

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

49 So.2d 925

Ira INGRAM v. STATE.

5 Div. 324.

Court of Appeals of Alabama.

Nov. 28, 1950.

Appeal from Circuit Court, Elmore County. Oakley W. Melton, Judge.

PER CURIAM.

Appeal dismissed.